Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
markrvermeulen@gmail.com

Shaffy Moeel  [CSBN 238732]
Moeel Lah Fakhoury LLP
1300 Clay St. – Suite 600
Oakland, CA 94612-1427
Phone: 510-500-9994
shaffy@mlf-llp.com

Attorneys for Defendant
CHASE MCMILLON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CHASE MCMILLON,<br><br>　　　　　Defendant. | No. 4:22-cr-0054-JSW<br><br>**STIPULATION AND ORDER CONTINUING STATUS HEARING AND EXCLUDING TIME** |

　　　The parties have submitted a *Joint Status Report* (Dkt. No. 8), in which they indicate that at the status conference to be held on April 12, 2022, they will be requesting that a further status conference be set approximately 60 days into the future and that they agree and stipulate that time should be excluded under the Speedy Trial Act for effective preparation of counsel from the April 12, 2022 status conference to the next hearing date set by the Court.

　　　The parties further stipulate and agree that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(7)(A), (B)(iv).

/ / /

IT IS SO STIPULATED.

Dated: April 5, 2022                                  Stephanie M. Hinds
                                                                  United States Attorney


                                                                  /S/
                                                                  Jonathan U. Lee
                                                                  Samantha Bennett
                                                                  Assistant United States Attorneys
                                                                  Attorneys for the Plaintiff
                                                                  UNITED STATES OF AMERICA


Dated: April 5, 2022                                  /S/
                                                                  Mark R. Vermeulen
                                                                  Shaffy Moeel
                                                                  Attorneys for Defendant
                                                                  CHASE MCMILLON

## ORDER

The Court construed the parties' status report as a request to continue the status hearing set for April 12, 2022. Based upon the facts set forth in the stipulation of the parties above, and having considered the joint status report, the Court CONTINUES the status hearing to June 14, 2022 at 12:00 p.m. for a telephonic status. The Court finds that failing to exclude the Speedy Trial time from April 12, 2022 through June 14, 2022 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. *See, e.g.,* 18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by excluding this time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from April 12, 2022, through June 14, 2022, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

If the parties are unavailable on June 14, 2022, they may submit a stipulation and proposed order to request a further continuance.

//

//

It is FURTHER ORDERED that the parties shall submit a joint status report on or before June 7, 2022.

IT IS SO ORDERED.

Dated: April 5, 2022

_____
Jeffrey S. White
United States District Judge