Mark R. Vermeulen [CSBN 115381]
Law Office of Mark R. Vermeulen
755 Florida Street #4
San Francisco, CA 94110.2044
Phone: 415.824.7533
Fax: 415.824.4833
markrvermeulen@gmail.com

Shaffy Moeel  [CSBN 238732]
Moeel Lah Fakhoury LLP
1300 Clay St. – Suite 600
Oakland, CA 94612-1427
Phone: 510-500-9994
shaffy@mlf-llp.com

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CHASE MCMILLON,<br><br>    Defendant. | Case No. 4:22-CR-0054-JSW<br>Case No. 4:14-CR-0353-JSW<br><br>**STIPULATON TO MODIFY DEFENDANT MCMILLON'S PRETRIAL RELEASE AND SUPERVISED RELEASE CONDITIONS AND [PROPOSED] ORDER** |

Following a jury's acquittal of Defendant Chase McMillon in case number 20-CR-242-JSW, the parties stipulated to Mr. McMillon's release from custody in the instant case pursuant to a set of pre-trial bond and supervised release conditions, and the Court ordered release. *See* No. 4:22-cr-0054-JSW, Dkt.

-1-
**STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND [PROPOSED] ORDER**

1 | No. 7. Per the order setting conditions (and with the agreement of Pretrial Services and the Probation
2 | Office), supervision has been implemented by the Probation Office so as not to duplicate supervision.
3 |     Among the pretrial and supervised release conditions is the requirement that Mr. McMillon
4 | submit to location monitoring, with curfew hours to be adjusted at the discretion of the Probation Office.
5 | *Id.*
6 |     It is hereby stipulated by and between counsel for Mr. McMillon and the government (with the
7 | Probation Office indicating that they take no position on this request), to modify his pretrial release and
8 | supervised release conditions to modify the condition of electronic monitoring as follows:
9 |     Mr. McMillon must participate in the Location Monitoring Program as directed by the probation
10 | officer for a period of 12 months,[1] and be monitored by Location monitoring technology at the
11 | discretion of the probation officer.  Location monitoring fees are waived.
12 |     Additionally, Mr. McMillon will be prohibited from traveling to or through the following
13 | geographic locations:
14 |     1.    The area in Oakland bounded by 5th Avenue, Foothill Boulevard, and 35th Avenue, and
15 | East 12th Street;
16 |     2.    The area in Richmond bounded by 20th Street, Rheem Avenue, 26th Street, and Downer
17 | Avenue (east of 23rd Street)/Burbeck Avenue (west of 23rd Street);
18 |     3.    The area in San Francisco bounded by 16th Street, Bryant Street, 21st Street, and Mission
19 | Street; and
20 |     4.    The area in San Jose bounded by Virginia Street, South 5th Street, Keyes Street, and
21 | Almaden Avenue.
22 |     Mr. McMillon's presence in these areas would be a violation of the terms of his release.
23 |     IT IS SO STIPULATED.

---

[1] This 12-month period began on April 1, 2022, the date the Conditions of Release and Appearance became effective.  *See* No. 4:22-cr-0054-JSW, Dkt. No. 7.

-2-

**STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND [PROPOSED] ORDER**

| | | |
|---|---|---|
| 1 | | |
| 2 | DATED:  September 26, 2022 | MOEEL LAH FAKHOURY LLP |
| 3 | | */s/  Shaffy Moeel* |
| 4 | | Shaffy Moeel |
| 5 | | Mark R. Vermeulen<br>Attorneys for Mr. McMillon |
| 6 | DATED:  September 26, 2022 | STEPHANIE HINDS |
| 7 | | UNITED STATES ATTORNEY |
| 8 | | */s/*_____ |
| 9 | | Jonathan Lee<br>Assistant United States Attorney |

-3-

**STIPULATION TO MODIFY CONDITIONS OF PRE-TRIAL RELEASE AND [PROPOSED] ORDER**

[PROPOSED] ORDER

Based upon the record in this case and the facts set forth in the above stipulation ,

IT IS HEREBY ORDERED that Mr. McMillon's conditions of pretrial release and supervised release shall be modified as requested above.

Except as modified herein, the conditions of pretrial release and supervised release shall remain in full force and effect.

IT IS SO ORDERED.

DATED: September 26, 2022

_____
HON. JEFFREY S. WHITE
United States District Judge